# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | |
| **Plaintiff,** | } | |
| vs. | } | **NO. 1:13CR0115** |
| | } | |
| **Paris Dixon** | } | |
| **Sierra Hodges** | } | |
| **Linda Howard** | } | |
| **Defendant,** | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for an ARRAIGNMENT on <u>March 27, 2013 at 10:30 a.m.</u> in Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio to answer to an indictment.

**DATE: March 11, 2013**          **GERI M. SMITH**
                                  **Clerk**


                                  **By <u>s/Christin M. Kestner</u>**
                                  **Courtroom Deputy Clerk**
                                  **(330) 252-6070**