# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| Plaintiff, | } | |
| vs. | } | NO. 1:13CR115-003 |
| Linda Howard | } | |
| Defendant, | } | N O T I C E |

TAKE NOTICE that the above captioned defendant has been scheduled for SENTENCING on August 20, 2013 at 11:00 a.m. in the Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio.

\* Any Sentencing Memorandums shall be filed as follows: Defendant's Memorandum shall be filed no later than seven (7) days prior to the date for sentencing. The Government's Memorandum shall be filed no later than three (3) days prior to sentencing.

Note: Sentencing Memorandum shall not include objections to the pre-sentence report which shall be filed as required by Rule 32(F) of the FRCP.

DATE: May 13, 2013

                                                      GERI M. SMITH
                                                            Clerk

                                                   By s/ Terri L. Masich
                                                   Back Up Courtroom Deputy Clerk
                                                   (330) 252-6070